FILED
ASHEVILLE, N.C.

MAR 6 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:15mj33 |
|---|---|---|
| vs. | ) | ORDER FOR TRANSFER OF CUSTODY |
| ELIAS PEDRO ESTEBAN | ) | |

THIS MATTER is before the Court on the Government's Motion for the transfer of custody of ELIAS PEDRO ESTEBAN, from the United States Marshals Service to ATF Special Agent Robert Horne for the purpose of returning the defendant to the U.S. Marshals custody in the district of South Carolina where he is alleged to have committed an offense. In support of this Motion, the United States showed unto the Court the following:

1. The Defendant is currently in the custody of the United States Marshals at the federal courthouse in Asheville, North Carolina.

2. ATF Special Agent Horne is available to transport the defendant today.

The United States Marshals Service shall allow the one-time transfer of custody of the Defendant to ATF Special Agent Robert Horne immediately. The Defendant shall be brought by SA Horne into the custody of the United States Marshals in the District of South Carolina without delay.

IT IS SO **ORDERED** this 6th day of March, 2015.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA